UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


UNITED STATES OF AMERICA )
)
v. )          No. 3:13-00137
)          JUDGE CAMPBELL
CARLOS RAMOS-SANCHEZ )

ORDER

Due to a change in the criminal trial scheduled to begin October 15, 2013, the change of

plea and/or pretrial conference in this case is RESCHEDULED for October 16, 2013, at 1:00

p.m.

It is so ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE